EXHIBIT B

CURRICULUM VITAE

# Donna Deyhle
## Professor

Department of Education, Culture & Society, &
Ethnic Studies Program (American Indian Studies)
University of Utah

## Areas of Specialization:

Multicultural Education
Anthropology of Education
Ethnographic/qualitative research methods
American Indian & Indigenous Education

## EDUCATIONAL HISTORY

University

| | | | |
|---|---|---|---|
| Ph.D. | University of New Mexico, Albuquerque, New Mexico | 1981 | |
| | Educational Anthropology, Educational Foundations | | |
| | City University of New York, Graduate Center, New York City, New York, Ph.D. program, Anthropology | | 1974-76 |
| M.A. | University of New Mexico, Albuquerque, New Mexico | 1973 | |
| | Educational Anthropology, Educational Foundations | | |
| | University of Hawaii, Honolulu, Hawaii, Anthropology. History | | |
| B.A. | University of New Mexico, Albuquerque, New Mexico, | 1967-71 | |
| | Secondary Education, History/Anthropology | | |

## HONORS AND AWARDS

For the book:  Reflections in Place:
--Outstanding Academic Title, *Choice*                          2010
--Critics Award, *American Educational Studies Association*      2009

Distinguished Senior Scholar for Diversity Award, College
of Education, University of Utah                                2009

Outstanding Service Award, College of Education, University of Utah   2004

Documentary Studies Award, College of Humanities, University of
    Utah, "Gestures of Kinship:  Navajo Youth, lives, and identities.    2003-2004

George and Louise Spindler Award for Distinguished Career
    In Educational Anthropology    Fall 2002

Faculty Research Award, University of Utah    Fall 2000

Distinguished Achievement Award, for "Cultural Differences    1995
    in Child Development:  Navajo Adolescents in Middle
    Schools", The Educational Press Association of America,

Elected Member-At-Large, Council of Anthropology and
    Education Board, American Anthropological Association    1994-1997

Recognition for Outstanding Service    Oct. 1992
    Kayenta School District, Arizona

University of Utah Faculty Fellowship,    1991
    for Spring Quarter, $2,950

Spencer Fellow 1987-88, National Academy of Education    1987-88
    Harvard University; $25,000

University of Utah Faculty Fellowship,    1987
    for Winter Quarter; $2,950

American Association of University Women, Women's    1985
    History Honoree

## PROFESSIONAL HISTORY

Predoctoral Positions

    Research Associate, Southwest Research Associates,
        1977-81
    Albuquerque, New Mexico.  Provide technical assistance
    in program development and evaluation under Title IV
    and Title VII projects.  Educational assistance in
    Indian and Spanish bilingual/bicultural programs.

    Principal Investigator, National Institute of Education,    1980-81
    Research grant on testing and Navajo children.

    Teaching Assistant, University of New Mexico, Albuquerque, 1977-80

New Mexico, Department of Educational Foundations

Museum Technical Staff, Museum of the American Indian,          1977
Heye Foundation, New York City, New York.

Instructor, Continuing Education Faculty, State University       1974-77
of New York, College at Purchase, Anthropology,
Textile Arts.

Instructor, College of New Rochelle, New Resources Program,      1975
New York, Anthropology

Teacher, Lakeland High School, Shrub Oak, New York               1974-76
Anthropology and Latin American Studies

Staff, Southwest Research Associates, Albuquerque, New           1973
Mexico, member of educational evaluation team,
bilingual/bicultural programs.

Teacher, American School of Brazilia, Brazil, Anthropology,   1971-72
History, Government, Business.

Substitute Teacher, Albuquerque Job Corps Center for Women,      1970-71
Albuquerque, New Mexico

Quality Control Specialist, Data Analyst, Southwestern           1967-70
Cooperative Education Laboratory, Albuquerque,
New Mexico

Archaeological Field excavation, University of South Wales,      1968
Cardiff, Wales, Excavated first century Roman fort.

Postdoctoral Positions

Professor, University of Utah, Department of Education,
Culture & Society                                                1999-present
and the Ethnic Studies Program (American Indian
Studies); Coordinator of American Indian Studies                 2007-present

Associate Professor, University of Utah, Department of           1989-1999
Educational Studies and the Ethnic Studies Program
(American Indian Studies)

Assistant Professor, University of Utah, Departments of          1982-1988
Educational Studies and the Ethnic Studies Program
(American Indian Studies)

3

Part-time Faculty, University of New Mexico, Graduate and    1981-82
Undergraduate courses, Department of Anthropology and
Educational Foundations

## COMMUNITY SERVICE

Board Member: (2002-2006) The Rocky Mountain American Indian Education and Economic Development Foundation. A newly created foundation out of the Division of Indian Affairs, State of Utah, will oversee American Indian issues throughout the Intermountain West. Membership comprised of lawyers, judges, educators and business leaders.

Educational Expert (unpaid) 1994-1996.  Crank V. Utah Judicial Council.  Case on discrimination in the 7th District Court's jury selection method.  Although Navajos comprised almost half of the county's population none, served on juries from 1923-1967, less than a dozen sat on juries in the 70's and 80's.  The state of Utah settled out-of-court in our favor in February, 1996.

Educational Expert  (unpaid) 1991-current.  Sinajini, et. al [The Navajo Nation and the U. S. Justice Department]. v. Board of Education of the San Juan School District.  Educational case concern discrimination in educational opportunities, a violation of the Fourteenth Amendment, non-compliance with federally required bilingual/ESL services.

Committee Member:  On Court appointed Curriculum Committee, 1997-2002.  I was part of the court ordered, Sinajini, monitoring Consensus Team that observed in San Juan County School District twice a year in all the district school to assure compliance with the out-of-court Agreement of Parties.

Eduational Expert, (unpaid) 1993-1996.  Meyers v. Board of Education of the San Juan School district.  Special Education case regarding lack of educational opportunities at Navajo Mountain, Utah.

Educational Consultant (unpaid)  1995.  Yazzie, et. al. v. Governing Board of the Flagstaff Unified School District.  Educational case involving unequal facilities, curriculum and teachers in a Navajo school.  I reviewed curriculum materials and witness testimony for a Navajo Legal Aid office.

Board Member, Indian Alcoholism Counseling and Recovery House Program,
          1984-1987
Member, Board of Education, Advisory Committee on Indian Education,
          1986-1987

4

## Administrative Positions

Coordinator, American Indian Studies Program, Ethnic Studies
        2007-present
Co-director, American Indian Resource Center, Fort Douglas,
        1995-2000
Chair, Cultural, Critical, and Curriculum Studies Program,
        1995-1997
Head of Board, American Indian Resource Center, Fort Douglas

## Invited Presentations

Deyhle, D.  "In Place:  Navajo Mothers and Daughters," Simon Fraser University, BC,
        Canada, January, 2009.

Deyhle, D. "White Surveillance, Native Survivance and a Dialogue of Manifest Manners",
        University of Alberta, Canada, December 2008,

Deyhle, D. & Bedonie, Clara.  American Indian youth and Science Education:  An
        Educational Model for curriculum Development, National Science Foundation,
        National Science Teacher Associations Conference, St. Louis, March 30, 2007.

Deyhle, D.  "American Indians, cultural development, and learning".  University of
        California Presidential Fellow (Dr. Barbara Rogoff) scholarly meeting.  University
        of California at Santa Cruz, (March 28-29, 2004).

Deyhle, D.  A Navajo Case Study.  "Brown and the Academy:  Social Science in the
        Courtroom."  Brown v. Board of Education Conference.  University of Illinois at
        Urbana-Champaign. (April 1-2, 2004).

Deyhle, D. (November 2003)  Native American Perspective on School Completion.
        Southwest Conference on Enhancing School Completion.  Arizona State
        University.
Deyhle, D.  (June, 2002).  A case study of Navajo students and educational change.
        Selective conference on narrative experiences in multicultural education, OISE,
        University of Toronto, Canada.

Deyhle, D. (January, 2002).  Daughters of the Dine':  Navajo Women, Stolen Land, and
        Cultural Survivance.Visiting Scholar in Education, University of Wisconsin-
        Madison.

Deyhle, D. (March, 2002).  Ethnographic Research and Navajo Youth:  Stereotypes,
        Representation and Social Justice.  Society for Qualitative Research in Education,
        Utah State University

Deyhle, D. (July, 2000)  Racial Identity and Student Achievement:  Examples from American Indian/ Native Alaskans/First Nations Peoples.  Human and Civil Rights Conference.  National Education Associations.

Deyhle, D.  (February, 1999) Critical Race Theory and Educational Change:  A Navajo Legal Battle, College of Education Lecture Series, Miami University.

Deyhle, D. (April, 1999)  Navajo Youth, Schooling and the Family:  Cultural Integrity and Anglo Racism, Greenfield Intercultural Center, University of Pennsylvania.

Deyhle, D.  (October 10, 1998)  American Indian Youth and Educational Research: From Theory to Practice.  U.S. Department of Education, Office of American Indian Education, Keynote Speaker, Annual Institute, Nashville, Tenn.

Deyhle, D.  (1996, Summer)  Minority Schooling in the United States, National Teacher's Association, University of Belo Horazonte, Brazil.

Deyhle, D.  (1996, October)  Anglo Racism and Navajo Cultural Identity, Navajo Community College, Arizona.

Deyhle, D.  (1996, March).  Studying the Navajo Experience:  A Seminar on Researching Race Relations in a Border Community, Northern Arizona University.

Deyhle, D.  (1995, June).  Administration and Navajo Youth.  Kayenta School District. AZ.

Deyhle, D. (1994, April) Navajo youth: Cultural Integrity and Schooling.  Colloquium, Department of Communication, University of Utah.

Deyhle, D. (1992, October). Navajos in school...Why they fail and how to help them succeed. Navajo Perspectives: Arts and Culture Workshop, Utah Museum of Natural History and Utah Museum of Fine Arts, Salt Lake City.


## SCHOLARLY PUBLICATIONS AND ACTIVITIES

## Books

Deyhle, D.  Reflections in Place.  Connected Lives of Navajo Women.  University of Arizona Press, 2009.

Parker, L., Deyhle, D. and Villenas, S. (1999).  Race is, race isn't:  Critical race theory and qualitative studies in education.  Westview Press.

## Edited Journal Issues

Jo-ann Archibald, Deyhle, D. & Rains, F. (co-editors).  Through Our Eyes and in Our
    Own Words: American Indian, Canadian First Nations, Alaska Natives & World
    Indigenous Scholars.  Special Issue of the International Journal of Qualitative
    Studies in Education. (Summer, 2000).

Parker, L., Deyhle, D., Villenas, S.& Nebeker, K. (Winter, 1998).  (Editors) Special Issue
    on Critical Race Theory and Education, International Journal of Qualitative
    Studies in Education.


## Journal Articles (Refereed)

Deyhle, D. & McCarty, T. (2007).  Beatrice Medicine and the Anthropology of Education:
Legacy and Vision for Critical Race/Critical Language Research and Praxis.
Anthropology & Education Quarterly, Vol. 38, No. 3., pp. 209-238.

Rieckmann, Traci R., Wadsworth, Martha E., & Deyhle, Donna.  (2004) Cultural Identity,
Explanatory Style, and Depression in Navajo Adolescents.  Cultural Diversity and Ethnic
Minority Psychology, Vol. 10. No. 4, 365-382.

Brayboy, B. & Deyhle, D.  (2001).  Native Researchers:  Ethical Issues.  Theory Into
Practice.

Villenas, S. & Deyhle, D.  (Fall, 1999).  Critical Race Theory and Ethnographies
    Challenging the Stereotypes:  Latino Families, Schooling, Resilience and
    Resistance. Curriculum Inquiry .

Deyhle, D.  (September, 1998) From Break dancing to Heavy Metal:  Navajo Youth,
    Resistance, and Identity.  Youth & Society, 30,1, pp. 3-31.

Deyhle, D. & Swisher, K. G.  (1997)  Research in American Indian and Alaska
    Native Education:  From Assimilation to Self-Determination.  Review of Research
    in Education, 22, 113-194.

Deyhle, D. (1995). Navajo youth and Anglo racism:  Cultural integrity and resistance
    Harvard Educational Review.  65, 403-444.

    Reprinted in:  Beauboeuf-Lafontant, T. & Smith, A. D.  (1995) Facing Racism in
    Education.  Second Edition, Reprint Series No. 28, Harvard Educational Review,
    pp. 23-67.

Deyhle, D., & Margonis, F. (June, 1995)  Navajo Mothers and Daughters:
    Schools, Jobs, and the Family.  Anthropology & Education Quarterly, Vol. 26,. 2.

Deyhle, D., & LeCompte, M. (Summer, 1994). Cultural differences in child development: Navajo adolescents in middle schools. Theory into Practice. Vol. 33, No. 3, pp. 156-166.

    Reprinted in: R. H. Sheets and R. R. Hollins (Eds.), Racial and ethnic identity in school practices:  Aspects of human development.  Mahwah, NJ:  Lawrence Erlbaum (April-May, 1999).

Deyhle, D. (1992). Constructing failure and maintaining cultural identity: Navajo and Ute school leavers. Journal of American Indian Education (Winter).

Deyhle, D. (1991). Empowerment and cultural conflict: Navajo parents and the schooling of their children. International Journal of Qualitative Research in Education, 4(3).

Deyhle, D. (1989). Pushouts and pullouts: Navajo and Ute school leavers. Journal of Navajo Education, VI(2).

Swisher, K., & Deyhle, D. (1989). The styles of learning are different, but the teaching is the same: Suggestions for Teachers of American Indian Youth. Journal of American Indian Education, 29(4).

    Reprinted as: Swisher, K., & Deyhle, D. (1990). Cultural patterns affecting learning styles in American Indian, Alaskan native youth. Oklahoma Educator, 7, March.

    Reprinted as: Swisher, K., & Deyhle, D. (1992). Adapting instruction to culture. (Chapter 5). Teaching the American Indian child, Third edition, University of Oklahoma Press.

    Reprinted in: Swisher, K., & Deyhle, D. (1991). The styles of learning are different, but the teaching is the same: Suggestions for teachers of American Indian youth. Foundations of American education. (Readings). Allyn & Bacon, Inc.

Peterson, K., Deyhle, D. and Watkins, W. (1988). Evaluation which accommodates minority teacher contributions. Urban Education, 22(3), June.

Swisher, K. & Deyhle, D. (1987). Styles of learning and learning of styles: Educational conflicts for American Indian youth. Journal of Multilingual and Multicultural Development, 8(4).

Deyhle, D. (1986). Break Dancing as a way of breaking out: Utes, Navajos and Anglos in a border reservation high school. Anthropology and Education Quarterly, 17(2), Summer.

Deyhle, D. (1986). Success and failure: A micro-ethnographic comparison of Navajo and Anglo students' perceptions of testing. Curriculum Inquiry, 16(4), Winter.

Deyhle, D. (1985). Testing among Navajo and Anglo students: Another consideration of cultural bias. Journal of Educational Equity and Leadership, 5(2), Summer, 119-131.

Deyhle, D. (1983). Between games and failure: A micro-ethnographic study of Navajo students and testing. Curriculum Inquiry, 13(4), Winter.

Deyhle, D. (1983). Measuring success and failure in the classroom: Teacher communication about tests and the understanding of young Navajo students. Special Issue: The Transcultural Education of American Indian and Alaska Native Children: Teachers and Students in Trans-action, Peabody Journal of Education, 61(1), Fall.

## Book Chapters

Deyhle, D. & Swisher, K. " Connecting the Circle in American Indian Education", In Banks, J. The Routledge International Companion to Multicultural Education (Winter 2009)

Deyhle, D., Swisher, K., Stevens, T. & Trinidad, R. (2008). " Indigenous Resistance and Renewal:  From Colonizing Practices to Self-Determination."  In Michael Connelly, Ming Fang He, & JoAnn Phillion (Eds.)  The Sage Handbook of Curriculum and Instruction, Sage Publication.

Deyhle, D.  Think Twice About That Poster.  In Mica Pollock, Everyday Racism, South End Press, (In press, August 2006).

Deyhle, D.  Journey towards social justice:  Curriculum change  and educational equity in a Navajo community.  ( 2004)  M. Connelly,  (Ed.)  Narrative and experience in multicultural education.

Deyhle, D. Parker, L. & Villenas, S. (1999). Critical Race Theory and Praxis: Chicano(a)/Latina(o) and Navajo Struggles for Dignity, Educational Equity and Social Justice, in L. Parker, D. Deyhle, and S. Villenas, Race is, race isn't:  Critical Race Theory and Qualitative Research, Westview Press.

Deyhle, D. (1999) Over Coming Cultural Misunderstandings. In S. Wade, Preparing Teachers for Inclusive Education: Case Pedagogies and Curricular for Teacher Educators, Lawrence Erlbaum Associates.

Deyhle, D. (1998). The Role of the Applied Anthropologist: Between Schools and the Navajo Nation. In K. B. deMarrais, <u>Inside Stories:  Qualitative Research Reflections</u>,  Lawrence Erlbaum Associates, pp. 35-47.

Deyhle, D. (Spring, 1994). Navajo youth:  Between Anglo racism and cultural integrity. Rueda Beltran, M, Delagado Ballesteros, G. and Jacobo, Z. (Eds.) <u>La Ethnografia en Educacion:  Panorama, Practicas y Problems.</u> Mexico City, ppj. 467-529.

Deyhle, D., Hess, G. A., & LeCompte, M. (1992). Approaching ethical issues for qualitative researchers in education. In M. LeCompte, W. Millroy, and J. Preissle, (Eds.), <u>Handbook of qualitative research</u>, Academic Press.

Deyhle, D. (1987). Learning Failure: Tests as gatekeeper and the culturally different child. Trueba, H. (Ed.), <u>Success or failure? Learning and the language minority student</u>, Newbury House, Harper & Row Publishers.

## <u>Technical Reports, Monographs, and Other Articles (non-refereed)</u>

Deyhle, D. & Weaver, E. (1992)  Women in the sciences:  Ninth through twelfth grade, in

Women in Biomedical Careers:  Dynamics of Change.  Office of Research on Women's Health, National Institute of Health, Washington, DC.

Deyhle, D. (1983). Learning failure: Test-taking and the Navajo student. <u>Ethnography in education research forum abstracts</u>, Center for Urban Ethnography, University of Pennsylvania, March 25-27.

Deyhle, D. (1982). Church rock: No one has come back to tell her: The uranium industry and two Navajo communities. <u>Century: A Southwest Journal of Observation and Opinion</u>, May 19.

Deyhle, D., (Ed.). (1982). <u>The social impact of the uranium industry on two Navajo communities: A Navajo perspective</u>. Navajo Community College, Tsaile, Arizona.

Deyhle, D. & Bachelor, D. (1981). <u>An ethnographic analysis of testing and the Navajo student</u>. Report sponsored by grant from National Institute of Education. Copies can be obtained from NIE-80-0083, Department of Education, Washington, D. C.

Deyhle, D. (1981). <u>The concept of testing and the Navajo student: A qualitative analysis</u>. Unpublished Ph.D. dissertation. University of New Mexico, Albuquerque, New Mexico, May.

Deyhle, D. & Wesley, E. (1981). <u>The Navajo day school cost analysis.</u> Report prepared for the Bureau of Indian Affairs, Eastern Agency, submitted to the House Committee on Appropriations, Washington, D. C., November 1.

Deyhle, D. (1979-1980). Program evaluation: Suenos de Esperanza Adventure Education program, Submitted through Southwest Research Associates, Albuquerque, New Mexico.

Deyhle, D. & Luft, M. (1980). Program evaluation: Teaching in all disciplines (TRIAD), Submitted to New Mexico ESEA Title IV Advisory Council, Santa Fe, New Mexico, May.

Deyhle, D. & Vanderburg, A. (1979). Program evaluation: Practical communication skills in the world of work, Submitted to New Mexico ESEA Title IV Advisory Council, Santa Fe, New Mexico, May.

Deyhle, D. & Vanderburg, A. (1979). Program evaluation: Infusion of career education (ICE), Submitted to New Mexico ESEA Title IV Advisory Council, Santa Fe, New Mexico, May.

Deyhle, D. & Luft, M. (1978). Final report: Evaluation of Title VII Project in New Mexico, Submitted to Department of Education, Santa Fe, New Mexico, August 22.

Deyhle, D. & Vanderburg, A. (1978). Program evaluation: Communicative disorders mobile treatment unit, New Mexico ESEA Title IV Advisory Council, Santa Fe, New Mexico, May.

## Funded Research Participation

 "Navajo Kinship" Documentary Studies Grant, College of Humanities, University of Utah, $13,000 (with Bruce Hucko, Photographer) 2003-2005.

Spencer Small Grant, "Karaja Children's Drawings:  Cultural Change and Implications for Teacher Training" $12,000          1995-96

Spencer Foundation Small Grant, $7,500
    1991-92

Spencer Fellow 1987-88, National Academy of Education,          1987-88
Harvard University, $25,000.

Deyhle, D., Hall, C., and Lee, L.  Project S.T.A.Y.          1988-90
(Support for Teachers, Adults, and Youth) San Juan
Dropout Demonstration Assistance Program, Department
of Education, 1988-89 $238,855; 1989-90 $200,000.

Mineral Lease Grant, University of Utah, San Juan          1988-89
District Multicultural Project; $7,500

11

| | |
|---|---|
| Mineral Lease Grant, University of Utah, San Juan School District; $6,000 | 1987-88 |
| Mineral Lease Grant, University of Utah, San Juan School District; $6,000 | 1986-87 |
| Mineral Lease Grant, University of Utah , San Juan School District; $8,000 | 1985-86 |
| University of Utah Faculty Research Grant:  Ethnographic Research in Australia on Schooling of Aboriginal Children; $1000 | 1983 |
| University of Utah Faculty Research Grant:  Ethnographic Research on Culture and Cognition of Selected Anglo Children; $760 | 1982-83 |
| National Institute of Education:  Research Grant on Testing and Learning of Navajo Children; $15,000 | 1980-81 |
| National Students Educational Association Grant, University of New Mexico:  Multi-media Film on Indian Education; $500 | 1973 |

## Public Exhibitions

Deyhle, D. and Hucko, Bruce.  A Gesture of Kinship.  A collaboration of ethnographic texts and photographic documentaries.  University of Utah, Museum of Natural History, October 2005-February 2006; The Edge of the Cedar Museum, March 2006-May, 2006; Natural History Museum, Vernal, Utah, Summer, 2006;  Anasazi Museum, Dolores Colorado, Summer (2008); Salt Lake Public Library, Fall 2009.

## Scholarly Paper Presentations

Deyhle, D.  Claiming Place:  Tribal Sovereignty, Citizenship, and Indigenous Education, American Educational Studies Association, October, 2010.

Deyhle, D.  Council on Anthropology and Education Early Career Presidential Fellows Mentor, 2010-11, American Anthropological Association Annual Meeting, New Orleans, November 2010.

Deyhle, D.  Challenging Colonial Legacies:  Aboriginal and American Indian Survivance and Resistance, American Educational Studies Association, Pittsburg, October, 2009.

Deyhle, D.  From Friend to Foe:  Navigating 25 years of fieldwork bordering the Navajo Nation, American Anthropological Association Annual Meeting, San Francisco, 2008.

Deyhle, D. & McCarty, Terri.  Critical Intersections Engendering Indigenous Knowledge: The Contributions and Enduring Significance of Beatrice Medicine. American Anthropological Association Annual Meeting, November, 2006, San Jose, Cal.

Deyhle, D. (April, 2006).  Red Pedagogy: Indigenous Peoples of the Americas Panel, American Educational Research Association, San Francisco.

Deyhle, D.  (November, 2005).  Anti-racism in Multicultural Education, American Anthropological Association, Washington D.C.

Deyhle, D. (with Bruce Hucko, Photographer).  (October, 2004)  Navajo Kinship.  Navajo Studies Conference. Durango, Colorado.

Deyhle, D.  (November, 2004).  Educational Anthropology and Its Role in Achieving Racial Equity.  American Anthropological Association, San Francisco.

Deyhle, D. (October, 2003).   Critical Race Theory and Educational Practices for American Indians.  American Educational Studies Association.  Mexico City, Mexico.

Deyhle, D.  (Discussant)  (November 2003)  Anthropology and Race:  Educational Anthropological Research.  American Anthropological Association.  Chicago.

Deyhle, D. & Hamann, E.T.  ( November 2002)  The Research Ethnics of Studying Up and Naming Names.  American Anthropological Association.  New Orleans.

Deyhle, D.  (2000, Nov)  Social Justice, Critical Race Theory,  and Navajo Education:  A Legal Case.  In, Educational Foundations Research, Epistemology, and Methodology: Critical Race Perspectives, Interdisciplinary Implications and Teaching Concerns. Interactive Symposium.  American Educational Studies Association.

Deyhle, D. (2000, Nov)  Through Our Eyes  and in Our Own Words:  The Voices of Indigenous Scholars.  Symposium.  Chair & Discussant.  American Educational Studies Association, Vancouver, BC.

Deyhle, D.  (2000 Nov) Fact, Fiction, or Construct:  Identity in the Midst of a Definitional Crisis.  Symposium.  American Educational Studies Association, Vancouver, BC.

    Deyhle, D.  (1999, Oct.).  The role of Anthropology and Education:  Where have we been, where are we going?  Symposium.  American Educational Studies Associaton, Detroit.

13

Deyhle, D.  (1998, April).  Who is the Master and What are the Tools?:  A Critical
        Conversation on Race, Class, Gender, Post-Colonialism and Other Standpoints in
Educational Research.  Symposium.  American Educational Research Association, San
Diego.

Deyhle, D.  (1996, November)  Thoughts That Breath and Words That Stur:  Dialogues
Beyond
        the Academy.  Invited Session.  American Anthropological Association, San
Francisco.

Deyhle, D.  (1995, November)  The Justice Department and Educational Equity:
        Navajos Fight a School district.  Invited Session.  American Anthropological
        Association, Washington DC.

Deyhle, D. (1994, November) Navajo youth and work:  Vocationalized opportunities and
        cultural integrity.  American Anthropological Association, Atlanta.

Deyhle, D.  (1994, November) Indian Education: Current Problems. Roundtable.
        American Anthropological Association, Atlanta.

Deyhle. D. & Margonis, F. (1994, April) Navajo mothers and daughters:  Schools, jobs
        and the family.  American Educational Research Association, New Orleans.

Deyhle, D.  (1994, October)  Cultural politics and ethnography:  The conflicting roles of
        educational anthropologists. V Interamerican Symposium in Ethnographic
        Research.  San Jose, Costa Rica.

Deyhle, D. (1993, June). Navajo youth and Anglo racism: Cultural integrity and
        resistance. IV Interamerican Conference on Ethnography and the Classroom,
        National University of Mexico, Mexico City, Mexico.

Deyhle, D. (1993, April). Questioning the diversity in a commitment to diversity:
        Innovations and exploitations in American Indian Education, Symposium,
        American Educational Research Association, Atlanta.

Deyhle, D. (1993, April). Cultural politics and multicultural education. Symposium,
        American Educational Research Association, Atlanta.

Deyhle, D. (1992, June). Co-chair of Task Force High Schools in the Pipeline to careers
        in the sciences. National Conference for Women in the Bio Medical Fields,
        National Institutes of Health, Washington, DC.

Deyhle, D. (1992, June). Ethnographic research for educational change. Third Inter-
        American Conference on Ethnography and the Classroom. Albuquerque.

Deyhle, D., & Margonis, F. (1992, November). Navajo mothers and daughters: Schools, jobs and the family. American Educational Studies Association Annual Meeting, Pittsburgh.

Deyhle, D. (1992, April). Beyond high schools: Cultural integrity and economic marginalization. American Educational Research Association, April 20-24, 1992.

Deyhle, D. (1992, April). Collaborating in the trenches: A multidisciplinary approach to restructuring an American Indian school district, Symposium. American Educational Research Association.

Deyhle, D. (1991, November). Life after high school: Navajo youth, cultural integrity and resistance. American Anthropological Association, Chicago.

Deyhle, D. (1991, October). Constructing failure and maintaining cultural identity. Navajo youth on the border, School of Education, University of Colorado, Boulder.

Deyhle, D. (1989, November). Telling them what they do not want to hear: The politics of applied research. Panel Member. American Anthropological Association, Washington, DC.

Deyhle, D. (1988, December). Telling stories in the context of theory: A critical presentation of ethnography. Graduate School of Education, Stanford University.

Deyhle, D. (1988, November). What happened to the drum?: The world of Navajo youth. American Anthropological Association, Phoenix.

Deyhle, D. (1988, November). Dropouts, fadeouts and graduates: Navajo and Ute youth at school and at home. Contemporary American Indian Issues Colloquium, Arizona State University.

Deyhle, D. (1987, November). The schooling of Navajo and Ute youth: Dropouts and pushouts. American Anthropological Association, Chicago.

Deyhle, D., & Swisher, K. (1987, June). Styles of learning and learning of styles: Educational conflicts for American Indian youth. World Conference: Indigenous Peoples' Education, Vancouver, Canada.

Deyhle, D. (1987, April). The role of the applied educational anthropologist: Between schools and the Navajo Nation. Society for Applied Anthropology, International Meeting, Oaxaca, Mexico.

Deyhle, D. (1986, December). From hogan to PTA: Cultural conflict, Navajo parents and the schooling of their children. American Anthropological Association, Philadelphia.

Deyhle, D. (1985, December). Break dancing as a way of breaking out: Utes, Navajos and Anglos in a border reservation high school. American Anthropological Association, Washington, D. C.

Deyhle, D. (1985, May). Effective practices in American Indian education: Pre-service, In-service, and delivery, (Chair and Discussant of Session). American Educational Research Association.

Deyhle, D., Swisher, K., & Kuipers, A. (1984, November). A cultural perspective on learning style. National Indian Education Association Convention, Phoenix, Arizona.

Deyhle, D. (1984, April). An ethnographic comparison of selected Navajo and Anglo students' perceptions of testing. American Educational Research Association, Annual Meeting, New Orleans, Louisiana.

Deyhle, D., & Swisher, K. (1984, April). Cognitive style revisited. American Indian/Native Alaskan Higher Education Conference, (AIHEC), Bismarck, North Dakota.

Deyhle, D., & Swisher, K. (1984, March). Cognitive styles: A cultural perspective for Indian education. Western Indian Education Conference, Salt Lake City, Utah.

Deyhle, D., & Swisher, K. (1983, October). Learning style--Teaching style: A cultural perspective. Montana Indian Education Association Conference, Butte, Montana.

Deyhle, D. (1983, March). Learning failure: Test-taking and the Navajo student. Ethnography in Education Research Forum, Center for Urban Ethnography, University of Pennsylvania.

Deyhle, D., & Swisher, K. (1983, April). Cognition and learning styles: A cultural perspective. American Indian/Native Alaskan Higher Education Conference (AIHEC), Billings, Montana, April 24-27, 1983.

Deyhle, D. (1982, November). The development of the idea of testing: An ethnographic study of Navajo students and testing. Rocky Mountain Educational Research Association, Annual Conference.

Deyhle, D. (1982, November). Emic research focus: A new approach to the old problem of standardized testing and culturally different school populations. Symposium on Ethnographic Research Applications in Education, Rocky Mountain Educational Research Association, Annual Conference.

## Other Research Activities

In October 2005 a collaborative documentary project (with photographer Bruce Hucko) *Gesture of Kinship,* opened at the University of Utah Museum of Natural History.  This photographic exhibit explores the changing lives of young Navajo adults over the past 25 years.  We combined creative documentary photography with culturally focused ethnographic interviews of 20 families to provide a fresh look at the process of cultural dynamics in one Navajo community.

Research with the Karaja Indians in 1972 is updated with a grant from the Spencer Foundation to study Karaja children's drawings over this 25 year period.  Fieldwork is being conducted in the same villages in Brazil and will result in a cultural and socio-psychological analysis of drawings, cultural objects and learning.    1995-1999

Ethnographic field study of a border Indian reservation Junior-Senior High School and surrounding community composed of three different cultural groups:  Anglo, Navajo and Ute.  Study is focusing on issues of social networking between school, its participants, and the communities; culture change and adaptation; high dropout rates; and race relations.    Fall 1984-Present

Pilot study; Research in Australia on teacher training and the education of Aboriginal children.  Visited Aboriginal reserves and schools, assessing the educational situation of these children and locating a research site for a future study.    Sum 1983

Independent research and travel in Peru.  Examined role of women in agriculture in Cajamaraca, Peru.    1976

National Students Education Association research grant for preparation of multi-media presentation on problems of Indian Education.  Produced a 20-minute movie now located in the University of New Mexico Learning Materials Center.    1973

Ethnographic research among the Karaja Indians in the Brasilian interior, Xingu region.  Work sponsored by Brasilian Indian Service, FUNAI.  Extensive travel among 8 Karaja and Tapirape villages, examined the cultural changes and conflicts of the Karaja.    1972

Consulting Anthropologist, Safari boat, Araguaia River, lecturer on Indians of the Xingu basin, Amazon, and Araguaia River.    1972

17

Archaeological Field excavation, University of South Wales,  1968
Cardiff, Wales, Excavated first century Roman fort.

## TEACHING

Social Foundations of Education:  General course on the social, political and historical foundations of American education.

Cross-Cultural Development:  The Human Life Cycle.  Anthropology course examining cognition, linguistics and physiology from a cross-cultural perspective.

Anthropology and Education.  Graduate course examining anthropological studies of education cross-culturally; anthropological theories on learning; American education from an anthropological frame of reference.

Teaching Minority Students/Multi-Cultural Education.  History, concepts and theoretical base for multi-cultural education; models and strategies for teaching minority students.

Research Methodology.  Graduate course in research design, qualitative and quantitative methodologies.

Ethnographic Research Methods in Education.  Graduate course in research design for ethnographic and qualitative studies.

American Indian Experiences.  Survey course on historical and contemporary events and situations of American Indians.

Foundations of Qualitative Research.  Epistemological assumptions, research design, disciplinary traditions, dominant paradigm differences.

Ethnographies of American Indian Women:  Upper graduate course on American Indian women's issues historically and currently as illustrated in 10 scholarly ethnographies and biographies.

Comparative Education:  Ethnographic studies of global indigenous communities.

History of American Indian Education:  Focused on boarding schools, educational achievement, educational policy, tribal sovereignty.