Steven C. Boos, USB# 4198
Maya Leonard Kane
Maynes, Bradford, Shipps & Sheftel, LLP
835 East Second Avenue, Suite 123
P.O. Box 2717
Durango, Colorado  81301/2
Telephone: (970) 247-1755
Facsimile:  (970) 247-8827
E-mail:  sboos@mbssllp.com

Eric P. Swenson, USB #3171
1393 East Butler Avenue
Salt Lake City, Utah 84102
Telephone: (801) 521-5674
E-mail: e.swenson4@comcast.net

Maya Kane
10 Town Square, #52
Durango, Colorado 81301
Telephone: (970) 946-5419
E-mail: mayakanelaw@gmail.com

Katherine Belzowski
Navajo Nation, Department of Justice
P.O. Box 2010
Window Rock, Arizona  86515-2010
Telephone: (928) 871-6937
Facsimile:  (928) 871-6177
E-mail:  kbelzowski@nndoj.org

**ATTORNEYS FOR PLAINTIFFS**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| **NAVAJO NATION**, a federally recognized Indian tribe, et al., <br><br>         Plaintiffs,<br>   v.<br><br>**SAN JUAN COUNTY**, a Utah governmental subdivision,<br><br>         Defendant. | **NOTICE OF ERRATA TO EXPERT WITNESS REPORT OF RICHARD L. ENGSTROM, Ph.D.**<br><br>Civil No. 2:12-cv-00039-RS<br><br>Judge Robert J. Shelby |

Plaintiffs respectfully submit this Notice of Errata to Expert Witness Report of Richard L. Engstrom Ph.D. (Document No. 188) ("Engstrom Expert Report").

Paragraph 26 of Engstrom Expert Report reads: "The results of the EI analysis, contained in Table 1, show that Mr. Lee was the candidate preferred by the Native American voters, having

1

received an estimated 78.0 percent of their votes. His support among the Native American voters however is estimated to be only 10.5 percent."

The last sentence should read: "His support among the **non-**Native American voters however is estimated to be only 10.5 percent."

DATED this 15th day of September, 2015.

> MAYNES, BRADFORD, SHIPPS & SHEFTEL, LLP
>
> by:   /s/  Steven C. Boos
> Steven C. Boos
> Eric P. Swenson
> Maya L. Kane
> *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2015, I electronically filed the foregoing **NOTICE OF ERRATA IN EXPERT WITNESS REPORT OF RICHARD L. ENGSTROM, Ph.D.** with the U.S. District Court for the District of Utah.  Notice will automatically be electronically mailed to the following individual(s) who are registered with the U.S. District Court CM/ECF System:

> Jesse C. Trentadue
> Carl F. Huefner
> Britton R. Butterfield
> **SUITTER AXLAND, PLLC**
> 8 East Broadway, Suite 200
> Salt Lake City, Utah 84111
> E-mail: jesse32@sautah.com
> E-Mail: chuefner@sautah.com
> E-Mail: bbutterfield@sautah.com

>      /s/  Suzanne P. Singley

2