## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH --CENTRAL DIVISION

| | |
|---|---|
| **NAVAJO NATION**, a federally recognized Indian tribe, et al., <br><br> Plaintiffs, <br> v. <br><br> **SAN JUAN COUNTY**, a Utah governmental subdivision, <br><br> Defendant. | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE ON INDIVIDUAL PLAINTIFFS' MOTION TO REOPEN AND FOR ORDER TO SHOW CAUSE AND MODIFY ORDER AND JUDGMENT** <br><br> Civil No. 2:12-cv-00039-RS <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Dustin B. Pead |

Before the court is the Individual Plaintiffs' Motion to Reopen and for Order to Show Cause and Modify Order and Judgment.[1]  Having carefully reviewed the Motion, the court orders as follows:

1. The Individual Plaintiffs and Defendant San Juan County shall file no later than **Monday, June 18, 2018 at 5:00 p.m.** simultaneous briefing no longer than ten pages discussing the jurisdictional issues raised by Plaintiffs' Motion and the relief sought therein, including whether Plaintiffs have filed and may seek the requested relief in this forum.  Any responses to these briefs shall be filed no later than **Wednesday, June 20, 2018, at 5:00 p.m.**

2. San Juan County shall file its brief in response to the merits of Plaintiffs' Motion to Reopen and for Order to Show Cause and Modify Order and Judgment no later than **Friday, June 22, 2018 at 5:00 p.m.**  If the Individual Plaintiffs wish to file a Reply

---

[1] Dkt. 492.

in support of their Motion, they must do so by **Wednesday, June 27, 2018, at 5:00 p.m.**[2]

3. The court will hold a hearing on the Individual Plaintiffs' Motion to Reopen and for Order to Show Cause and Modify Order and Judgment on **Monday, July 2, 2018, at 10:00 a.m.**

SO ORDERED this 13th day of June, 2018.

BY THE COURT:

Judge Robert J. Shelby

---

[2] The Individual Plaintiffs refer in their Motion to a "separate motion" they have filed "to enjoin the [June 26] primary election until the County has fully complied with the Order and Judgment." (Dkt. 492 at 15.) The court finds no such motion on the docket. In the present Motion to Reopen, the grounds for an injunction issued pursuant to Rule 65 are not cited or evaluated. In view of this, the court is not at the present time considering injunctive relief.